# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: STEVEN SCHWARTZ vs.3M, et al. Case No. 7:20-cv-85762-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Steven Schwartz, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, District of MN, Division 3, St. Paul, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: July 15, 2022                                                      Respectfully Submitted,

By: /s/ R. Seth Crompton
HOLLAND LAW FIRM, LLC
R. SETH CROMPTON
211 North Broadway, Suite 2625
St. Louis, MO 63102
(314) 241-8111 Telephone
(314) 241-5554 Facsimile
scrompton@hollandtriallawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of July, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

By: /s/ R. Seth Crompton
HOLLAND LAW FIRM, LLC
R. SETH CROMPTON
211 North Broadway, Suite 2625
St. Louis, MO 63102
(314) 241-8111 Telephone
(314) 241-5554 Facsimile
scrompton@hollandtriallawyers.com

*Counsel for Plaintiff*